Court of Appeals for the Fifth Circuit denied.  *Mr. H. P. Brown* for petitioner.  No brief filed for the United States.

----

No. 873.  EDWARD E. GOLD ET AL. *v.* JAMES T. NEWTON, COMMISSIONER OF PATENTS.  March 24, 1919.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. William A. Redding* and *Mr. Arthur C. Fraser* for petitioners.  No appearance for respondent.

----

No. 875.  ARTHUR L. BLUNT *v.* UNITED STATES.  March 24, 1919.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Charles F. Carusi* for petitioner.  No brief filed for the United States.

----

No. 883.  J. B. GRAY *v.* BANK OF HARTFORD ET AL.  March 24, 1919.  Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied.  *Mr. Joseph M. Hill* and *Mr. Henry L. Fitzhugh* for petitioner. *Mr. Webb Covington* and *Mr. George L. Grant* for respondents.

----

No. 887.  WILHELM KNAUTH ET AL. *v.* JOHN W. KNIGHT ET AL.  March 24, 1919.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. George T. Hogg* for petitioners.  *Mr. Augustus Benners* for respondents.

----

No. 890.  HENRY A. HOUSE *v.* LAURENCE W. LUELLEN.  March 24, 1919.  Petition for a writ of certiorari to the